# MEMORANDUM DECISIONS

BOLLS v. STATE. (No. 4394.) (Court of Criminal Appeals of Texas. April 4, 1917.) Appeal from Criminal District Court, Dallas County; W. L. Crawford, Jr., Judge. Earl Bolls was convicted of carrying a pistol, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. This is an appeal from a conviction for unlawfully carrying a pistol, but without any bill of exceptions or a statement of facts. There is nothing to review in the absence of these. The judgment is affirmed.

---

CHEATHAM v. STATE. (No. 4464.) (Court of Criminal Appeals of Texas. May 2, 1917.) Appeal from Tarrant County Court, Jesse M. Brown, Judge. Oscar Cheatham was convicted of an aggravated assault upon a female, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

MORROW, J. Appellant was charged by complaint and information with an aggravated assault upon a female, and upon trial and conviction therefor his punishment was assessed at a fine of $25. Neither a statement of facts nor any bills of exception accompany the record. In the absence of these, no question is raised in such a way that it can be considered. The judgment is therefore affirmed.

---

HATCHER v. STATE. (No. 4386.) (Court of Criminal Appeals of Texas. April 4, 1917. Rehearing Denied May 2, 1917.) Appeal from Lamar County Court; Tom L. Beauchamp, Judge. Tom Hatcher was convicted of unlawfully selling intoxicating liquors, and he appeals. Affirmed. Birmingham & Johnson, of Paris, for appellant. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Appellant was convicted for making an unlawful sale of intoxicating liquor in Lamar county after the law prohibiting the sale was in effect therein, making it a misdemeanor, and his punishment assessed at a fine of $100 and 60 days in jail. There is no statement of facts, nor any bill of exceptions, and nothing to review in the absence of these. The judgment is affirmed.

---

PACE v. STATE. (No. 4465.) (Court of Criminal Appeals of Texas. May 2, 1917.) Appeal from Tarrant County Court, Jesse M. Brown, Judge. Sam Pace was convicted of unlawfully carrying a pistol, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Upon a plea of guilty appellant was assessed the lowest punishment for unlawfully carrying a pistol, from which he appealed. There is no statement of facts, nor bill of exceptions, and nothing raised by the motion for a new trial in such a way that it can be considered. The judgment is therefore affirmed.

---

SHELTON v. STATE. (No. 4433.) (Court of Criminal Appeals of Texas. April 11, 1917.) Appeal from District Court, McLennan County; Richard I. Munroe, Judge. Frank Shelton, alias Elmer Shelton, was convicted of robbery, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

MORROW, J. This appeal is from a judgment condemning appellant to confinement in the state penitentiary for a term of 10 years upon an indictment and conviction for robbery with firearms. The record contains neither a statement of facts nor bill of exceptions. In the absence of the evidence, the grounds set out in the motion for new trial cannot be revised. The judgment of the lower court is therefore affirmed.

PRENDERGAST, J., absent.

---

SIMMONS v. STATE. (No. 4446.) (Court of Criminal Appeals of Texas. April 25, 1917.) Appeal from District Court, Galveston County; Clay S. Briggs, Judge. Buster Simmons was convicted of burglary, and he appeals. Affirmed. E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of burglary, and allotted three years' confinement in the penitentiary. The record is before us without a statement of facts or bill of exceptions. The matters set up in the motion for new trial are of such nature they cannot be considered, in the absence of a statement of facts and bills of exception. The judgment will be affirmed.